Philip WEISENTHAL and David Brill, Plaintiffs in Error, v. GREAT WESTERN ELECTRO-CHEMICAL COMPANY, Defendant in Error.

(Circuit Court of Appeals, Second Circuit.
April 23, 1926.)

No. 319.

In Error to the District Court of the United States for the Southern District of New York.

Joseph Dannenberg, of New York City, for plaintiffs in error.

Glenn & Ganter, of New York City (Garrard Glenn and Anson W. H. Taylor, both of New York City, of counsel), for defendant in error.

Before ROGERS, HOUGH, and MACK, Circuit Judges.

PER CURIAM. Judgment (6 F.[2d] 934) affirmed in open court.

---

**2**

Frank I. WELBORN et al., Appellants, v. I. G. CONKLING et al.

(Circuit Court of Appeals, Eighth Circuit.
December 15, 1925.)

No. 6965.

Appeal from the District Court of the United States for the Western District of Missouri.

H. H. McCluer and Henry S. Julian, both of Kansas City, Mo., for appellants.

J. M. Dodson and Bowersock, Fizzell & Rhodes, of Kansas City, Mo., for appellees.

PER CURIAM. Appeal dismissed, at costs of appellants, on motion of appellees.

---

**3**

John WELLING v. UNITED STATES.

(Circuit Court of Appeals, Sixth Circuit.
February 5, 1926.)

No. 4500.

In Error to the District Court of the United States for the Eastern District of Michigan; Arthur J. Tuttle, Judge.

George C. Sayers, of Detroit, Mich., for plaintiff in error.

Delos G. Smith, U. S. Atty., of Detroit, Mich.

PER CURIAM. Dismissed, pursuant to stipulation of counsel.

See, also, 9 F.(2d) 292.

---

**4**

Harold V. WESTBROOKE, Plaintiff in Error, v. UNITED STATES.

(Circuit Court of Appeals, Eighth Circuit.
January 21, 1926.)

No. 7308.

In Error to the District Court of the United States for the District of South Dakota.

E. W. Fiske and Jay A. Larkin, both of Sioux Falls, S. D., for plaintiff in error.

E. D. Barron, Asst. U. S. Atty., of Sioux Falls, S. D.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, on motion of defendant in error, under rule 16.

---

**5**

Henry WILSMAN, etc., Plaintiff in Error, v. UNITED STATES.

(Circuit Court of Appeals, Eighth Circuit.
December 7, 1925.)

No. 7259.

In Error to the District Court of the United States for the Eastern District of Missouri.

H. L. Dyer, of St. Louis, Mo., for plaintiff in error.

Allen Curry, U. S. Atty., of St. Louis, Mo.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, on motion of defendant in error, under rule 16.